13

(No. 73-CC-371—Claimant )

ASCOT HOUSE, Claimant, *vs.* STATE OF ILLINOIS, GOVERNOR'S OFFICE OF HUMAN RESOURCES, Respondent.

*Opinion filed July 13, 1973.*

ASCOT HOUSE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6496—Claimant )

ATLANTIC RICHFIELD COMPANY, Claimant, *vs.* STATE OF ILLINOIS, VARIOUS AGENCIES, Respondent.

*Opinion filed July 13, 1973.*

ATLANTIC RICHFIELD COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.